UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HARRY PRESTON,

                                    Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                                  Defendants.
------------------------------------------------------------x

ORDER

07 CV 01788 (GBD)

GEORGE B. DANIELS, District Judge:

    The parties having settled this matter, the Clerk of the Court is directed to close this case.

Dated: New York, New York
         February 28, 2011

                                                        SO ORDERED:

                                                        GEORGE B. DANIELS
                                                        United States District Judge